Joseph I. Zumpano (Admitted *PHV*)
jzumpano@zplaw.com
Leon N. Patricios (Admitted *PHV*)
lpatricios@zplaw.com
Zumpano Patricios, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel. (305) 444-5565 | Fax: (305) 444-8588
*Counsel for Plaintiff Antonio Caballero*

Darren J. Devlin, Esq. [SBN 176261]
darren@resolutionfunding.net
Law Offices of Jason C. Tatman, A.P.C.
5677 Oberlin Drive, Suite 210
San Diego, CA 92121
Tel. (844) 252-6972 | Fax: (858) 348-4976
*Local Counsel for Plaintiff Antonio Caballero*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CABALLERO,<br><br>*Plaintiff*,<br><br>vs.<br><br>FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, et al.,<br><br>*Defendants*,<br><br>and,<br><br>JULIO CESAR ALVAREZ MONTELONGO,<br><br>*Intervenor*. | Case No.: 2:20-cv-07602-JWH-AGR<br><br>**Plaintiff Antonio Caballero's Application for Leave to File Under Seal and for a Determination of Privilege Pursuant to Rule 26(b)(5)(B), Fed. R. Civ. P. and Fed. R. Evid. 502(b)** |

1

Plaintiff, Antonio Caballero ("Caballero"), by and through his undersigned counsel and pursuant to Local Rule 79-5.2.2, hereby files this Application for Leave to File Under Seal and for a Determination of Privilege pursuant to Federal Rule of Civil Procedure 26(b)(5)(B) and Federal Rule of Evidence 502(b).  Citation to Federal Rule of Civil Procedure 26(b)(5)(B) does not, in the view of Caballero's counsel, make this a "discovery dispute" for initial consideration by the Magistrate Judge.  To the contrary, the admissibility of the document described below is central to the Court's consideration of Alvarez's upcoming motion for summary judgment and for the trial of this matter.  Because this application addresses issues relevant to this Court's consideration of summary judgment and at trial, Caballero has submitted the Application directly to the Court. In support Caballero states as follows.

On June 16, 2022, Caballero took the deposition of one of the experts for Intervenor Julio Cesar Alvarez Montelongo ("Alvarez").  During the deposition, attended by two lawyers for Alvarez, counsel for Caballero extensively questioned the expert about a document (the "Timeline").  The expert had produced the Timeline to Caballero a few days in advance of his deposition in response to Caballero's subpoena to the expert.  The expert did not send his responsive documents directly to counsel for Caballero.  Instead, the production was handled

2

by counsel for Alvarez. During the deposition, Alvarez's lawyers did not raise any privilege objections to the extensive questioning or otherwise note that the Timeline was protected even though the expert testified that the Timeline was prepared by counsel for Alvarez.

Hours after the conclusion of the deposition, counsel for Alvarez asserted that the Timeline was attorney work product that had been inadvertently produced to the expert and then inadvertently produced for a second time when counsel for Alvarez provided the experts' responsive documents to Caballero. Caballero disagrees with the assertion that the document is protected work product for the reasons set forth in the accompanying memorandum and requests that the Court reject such work product assertion.

Pursuant to the requirements of Federal Rule of Civil Procedure 26(b)(5)(B), counsel for Caballero has sequestered the document and has promptly filed this application for the Court to review the document under seal and determine the claim of work product protection.

Pursuant to the requirements of Local Rule 79-5.2.2, this Application is accompanied by:

(i) A declaration establishing that Federal Rule of Civil Procedure 26(b)(5)(B) requires that the disputed document be filed under seal and

3

that counsel for Intervenor has requested counsel for Caballero to do so.

(ii) A proposed order, narrowly tailored to seal only the disputed document and those portions of Caballero's accompanying memorandum that reference or discuss the disputed document.

(iii) A redacted version of Caballero's memorandum labeled "REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL."

(iv) An unredacted version of Caballero's memorandum along with the disputed document, both to be filed under seal pending the Court's ruling, labeled "UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL."

Caballero respectfully requests that this Court:

(i) Grant this Application;

(ii) Review the disputed document under seal, and for the reasons set forth in the accompanying memorandum;

(iii) Determine that the disputed document is not privileged; and

(iv) Unseal the materials filed under seal with this Application.

Dated: June 23, 2022

Respectfully Submitted,


Darren J. Devlin, Esq. [SBN 176261]
darren@resolutionfunding.net
Law Offices of Jason C. Tatman, A.P.C.
5677 Oberlin Drive, Suite 210
San Diego, CA  92121
Tel: (844) 252-6972
Fax (858) 348-4976
Richard H. Coombs, Jr [SBN 70488]
rcoombs001@gmail.com
Law Office of Richard H. Coombs, Jr.
668 N. Coast Hwy., #239
Laguna Beach, CA 92651
Tel: 949-235-8234

*/s/ Leon N. Patricios*
Joseph I. Zumpano (Florida Bar No. 0056091)
Admitted *Pro Hac Vice*
E-mail address: jzumpano@zplaw.com
Leon N. Patricios (Florida Bar No. 0012777)
Admitted *Pro Hac Vice*
E-mail address: lpatricios@zplaw.com
ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, FL 33134
Telephone: (305) 444-5565
**Attorneys for Plaintiff Antonio Caballero**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2022 the undersigned electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system.

/s/ Leon N. Patricios
Leon N. Patricios