Joseph I. Zumpano (Admitted *PHV*)
jzumpano@zplaw.com
Leon N. Patricios (Admitted *PHV*)
lpatricios@zplaw.com
Zumpano Patricios, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel. (305) 444-5565 | Fax: (305) 444-8588
*Counsel for Plaintiff Antonio Caballero*

Darren J. Devlin, Esq. [SBN 176261]
darren@resolutionfunding.net
Law Offices of Jason C. Tatman, A.P.C.
5677 Oberlin Drive, Suite 210
San Diego, CA 92121
Tel. (844) 252-6972 | Fax: (858) 348-4976
*Local Counsel for Plaintiff Antonio Caballero*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CABALLERO,<br><br>*Plaintiff*,<br><br>vs.<br><br>FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, et al.,<br><br>*Defendants*,<br><br>and,<br><br>JULIO CESAR ALVAREZ MONTELONGO,<br><br>*Intervenor.* | Case No.: 2:20-cv-07602-JWH-AGR<br><br>**Order Granting Plaintiff Antonio Caballero's Application for Leave to File Under Seal [ECF No. __ ]** |

Before the Court is Plaintiff Antonio Caballero's ("Caballero") Application for Leave to File Under Seal and for a Determination of Privilege pursuant to Federal Rule of Civil Procedure 26(b)(5)(B). In his Application, Caballero asserts that Intervenor's counsel has claimed that a privileged document was inadvertently produced and that Caballero disputes the assertion of privilege. As directed by Federal Rule of Civil Procedure 26(b)(5)(B), Caballero has filed this Application to have the Court determine the privilege issue.

In accordance with Local Rule 79-5.2.2, Caballero has filed with his application a redacted memorandum on the issue of the determination of privilege for the public record and also filed an unredacted version of his memorandum along with the disputed document. Under the authority provided by Federal Rule of Civil Procedure 26(b)(5)(B), this Court **GRANTS** the Application and **DIRECTS** Caballero to re-file, under seal, the unredacted memorandum and the disputed document as a separate docket entry pursuant to Local Rule 79-5.2.2(c).

**IT IS SO ORDERED**

Dated: June ___, 2022

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE