Joseph I. Zumpano (Admitted *PHV*)
jzumpano@zplaw.com
Leon N. Patricios (Admitted *PHV*)
lpatricios@zplaw.com
Zumpano Patricios, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel. (305) 444-5565 | Fax: (305) 444-8588
*Counsel for Plaintiff Antonio Caballero*

Darren J. Devlin, Esq. [SBN 176261]
darren@resolutionfunding.net
Law Offices of Jason C. Tatman, A.P.C.
5677 Oberlin Drive, Suite 210
San Diego, CA 92121
Tel. (844) 252-6972 | Fax: (858) 348-4976
*Local Counsel for Plaintiff Antonio Caballero*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CABALLERO, <br> *Plaintiff,* <br> vs. <br> FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, et al., <br> *Defendants,* <br> and, <br> JULIO CESAR ALVAREZ MONTELONGO, <br> *Intervenor.* | Case No.: 2:20-cv-07602-JWH-AGR <br><br> **Notice of Scrivener's Error in ECF 142-3 and 142-5** |

Plaintiff Antonio Caballero hereby notes that his Memorandum in Support of Determination of Privilege (Redacted version at ECF 142-3 and Unredacted version at ECF 142-5) contains a scrivener's error on page 30 of 37.  The citation to Rule 26(b)(2)(B)(ii) of the Federal Rules of Civil Procedure should read "Rule 26(a)(2)(B)(ii)."

Respectfully Submitted,

Darren J. Devlin, Esq. [SBN 176261]
darren@resolutionfunding.net
Law Offices of Jason C. Tatman, A.P.C.
5677 Oberlin Drive, Suite 210
San Diego, CA  92121
Tel: (844) 252-6972
Fax (858) 348-4976
Richard H. Coombs, Jr [SBN 70488]
rcoombs001@gmail.com
Law Office of Richard H. Coombs, Jr.
668 N. Coast Hwy., #239
Laguna Beach, CA 92651

*/s/ Leon N. Patricios*
Joseph I. Zumpano (Florida Bar No. 0056091)
Admitted *Pro Hac Vice*
E-mail address: jzumpano@zplaw.com
Leon N. Patricios (Florida Bar No. 0012777)
Admitted *Pro Hac Vice*
E-mail address: lpatricios@zplaw.com
ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, FL 33134
Telephone: (305) 444-5565
**Attorneys for Plaintiff Antonio Caballero**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2022 the undersigned electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system.

/s/ *Leon N. Patricios*
Leon N. Patricios