UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Caballero,<br><br>Plaintiff,<br><br>v.<br><br>Fuerzas Armadas Revolucionarias De Colombia, et al.<br><br>Defendants,<br><br>Julio Cesar Alvarez Montelongo,<br><br>Intervenor. | Case No.: 20-cv-07602-JWH<br><br>**NOTICE OF SETTLEMENT AND JOINT APPLICATION FOR ORDER OF DISBURSEMENT TO THE UNITED STATES MARSHAL** |

Antonio Caballero ("Caballero") and Julio Cesar Alvarez Montelongo ("Alvarez") (collectively referred to as the "Parties") hereby state as follows:

1. The Parties have resolved their disputes and executed a Confidential Settlement Agreement.

2. The Parties respectfully request that the Court order the United States Marshal to disburse ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ all sums that the United States Marshal is holding with regard to this matter so that counsel

1

1. ▇▇▇▇▇ can distribute such funds in accordance with the Parties' Confidential Settlement Agreement.

3. Upon ▇▇▇▇▇ receipt and clearance of the funds from the United States Marshal, the Parties shall provide joint instructions to counsel for the banks and entities subject to writs in the United States District Courts for: (i) the Northern District of California; (ii) the Southern District of New York; and (iii) the District of South Carolina – the matters that have been stayed pending resolution of the case before this Court.  Upon the completion of the actions required by such instructions and the Settlement Agreement, and the clearance of all funds, the Parties will dismiss the actions referenced in items (i) – (iii) above with prejudice as to Alvarez.

4. After the completion of the actions referenced in paragraph 2 and 3 and any other requirements of the Confidential Settlement Agreement, the Parties will dismiss this action with prejudice.

July 4, 2022                     Respectfully submitted,

                                Devin Burstein, Esq.
                                Joseph M. Schuster, Esq.
                                LAW OFFICE OF ERIC HONIG, APLC

                                */s/ Eric Honig*

                                _____
                                ERIC HONIG
                                Attorneys for Intervenor Julio Cesar Alvarez Montelongo

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Leon N. Patricios*
LEON N. PATRICIOS
(Admitted PHV)
Email: lpatricios@zplaw.com
Joseph I. Zumpano
(Admitted PHV)
Zumpano Patricios, P.A.
Coral Gables, FL 33134
(305) 444-5565
Attorneys for Plaintiff