UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CABALLERO,<br><br>*Plaintiff*,<br><br>vs.<br><br>FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, et al.,<br><br>*Defendants*,<br><br>and,<br><br>JULIO CESAR ALVAREZ MONTELONGO,<br><br>*Intervenor*. | Case No.: 2:20-cv-07602-JWH-AGR<br><br>**Order of Disbursement to the United States Marshal** |

    Antonio Caballero ("Caballero") and Julio Cesar Alvarez Montelongo ("Alvarez") (collectively referred to as the "Parties") have advised the Court that they have resolved their disputes (ECF. \_\_\_\_) and filed a notice of settlement and joint application for disbursement of funds held by the United States Marshal. Counsel for the Parties have requested that this Court order the U.S. Marshal to disburse all sums that the United States Marshal is holding with regard to this matter in accordance with the Parties' (redacted) Confidential Settlement Agreement.

Upon consideration of the Parties' notice of settlement and joint application, it is **ORDERED** that the Parties provide the U.S. Marshal with a copy of the (redacted) Confidential Settlement Agreement along with wire instructions for the funds to be wired in accordance with the (redacted) Confidential Settlement Agreement. The U.S. Marshal is hereby **ORDERED** to disburse all funds held in relation to his case in accordance with the terms of the (redacted) Confidential Settlement Agreement.

**IT IS SO ORDERED.**

Dated: July ___, 2022                    _____
                                         John W. Holcomb
                                         UNITED STATES DISTRICT JUDGE